In the Matter of the Compensation of
Richard L. Headley, Claimant.

LIBERTY NORTHWEST INSURANCE CORPORATION
and Salem Tent & Awning Co.,
*Petitioners,*

*v.*

SAIF CORPORATION,
Marion County Housing Authority,
and Richard L. Headley,
*Respondents.*

Workers' Compensation Board
0903447, 1000510; A148316

277 P3d 624

Julene M. Quinn and Kryger Alexander Carlson PC filed the brief for respondent Richard L. Headley.

No appearance for respondents SAIF Corporation and Marion County Housing Authority.

Before Ortega, Presiding Judge, and Sercombe, Judge, and Hadlock, Judge.

PER CURIAM

Affirmed. *Liberty Northwest Ins. Corp., Inc. v. Watkins,* 347 Or 687, 227 P3d 1134 (2010).